IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON J. WHITE
ADC #144276                                                                                       PLAINTIFF

v.                                    No. 5:13CV00071 KGB/BD

CORIZON HEALTH, INC. and
CONNIE HUBBARD                                                                              DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition ("Recommendation") screening plaintiff's original and amended complaints (Dkt. Nos. 2, 4). After a careful review of the Recommendation and the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be adopted as this Court's findings in all respects (Dkt. No. 6).

Plaintiff's claims against Corizon Health, Inc. are dismissed without prejudice. Corizon Health, Inc. is terminated as a party defendant. Plaintiff's other claims remain pending.

SO ORDERED this 30th day of May, 2013.

_____
Kristine G. Baker
United States District Judge