IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON J. WHITE
ADC #144276                                                                                           PLAINTIFF

v.                                  Case No. 5:13-cv-00071 KGB/BD

CORIZON HEALTH INC. and
CONNIE HUBBARD                                                                                   DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Connie Hubbard's motion for summary judgment (Dkt. No. 22) is granted. Mr. White's claims against Ms. Hubbard are dismissed, without prejudice.

SO ORDERED this 21st day of January, 2014.

_____
Kristine G. Baker
United States District Judge