**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JASON J. WHITE
ADC #144276**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 5:13-cv-00071 KGB/BD**

**CORIZON HEALTH INC. and
CONNIE HUBBARD**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby dismissed, without prejudice.

SO ORDERED this 21st day of January, 2014.

_____
Kristine G. Baker
United States District Judge